Wilma P. STRICKLAND

v.

Gilda GRAY, whose True Name is Maryanna Michalska, and Columbia Pictures Corporation.

No. 4923.

United States Court of Appeals, Tenth Circuit.

May 26, 1954.

No appearance for appellant.

Hodges, Silverstein, Hodges & Harrington, Denver, Colo., and David H. Morris, Colorado Springs, Colo., for appellees.

Before PHILLLIPS Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellees, for failure of appellant diligently to prosecute.

H. M. LONIS and J. C. Reynolds

v.

UNITED STATES of America.

No. 4824.

United States Court of Appeals, Tenth Circuit.

April 12, 1954.

Murray J. Howze, Monahans, Tex., and Mack Easley, Hobbs, New Mexico, for appellants.

Paul F. Larrazolo, U. S. Atty., and James A. Borland, Asst. U. S. Atty., Albuquerque, New Mexico, for appellee.

Before PHILLIPS, Chief Judge, and HUXMAN and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellants.